# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian J. Ruppert,<br>     aka Brian John Ruppert,<br>     aka Brian Ruppert<br>     &amp;<br>Elizabeth Jordana Ruppert,<br>     aka Elizabeth J. Ruppert,<br>     aka Elizabeth Ruppert,<br>     aka Elizabeth J. Miller,<br>     aka Elizabeth Miller<br>               Debtor(s) | BK NO. 17-00149 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  412-430-3594