```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 17-00149-JJT
Brian J. Ruppert                                            Chapter 13
Elizabeth Jordana Ruppert
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5      User: CKovach          Page 1 of 1         Date Rcvd: Jul 12, 2017
                          Form ID: orcnfpln      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db/jdb        Brian J. Ruppert,    Elizabeth Jordana Ruppert,    376 Somerset Drive,
               East Stroudsburg, PA 18301-6998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   Home Point Financial Corporation
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   Home Point Financial Corporation
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor Brian J. Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent  Rubino    on behalf of Joint Debtor Elizabeth Jordana Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brian J. Ruppert<br>aka Brian John Ruppert, aka Brian Ruppert<br>Elizabeth Jordana Ruppert<br>aka Elizabeth J. Ruppert, aka Elizabeth Ruppert, aka<br>Elizabeth Miller, aka Elizabeth J. Miller | Chapter 13<br><br>Case No. 5:17–bk–00149–JJT |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 2, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: July 12, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CKovach, Deputy Clerk