```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 17-00149-JJT
Brian J. Ruppert                                                    Chapter 13
Elizabeth Jordana Ruppert
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach              Page 1 of 1         Date Rcvd: Oct 20, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db/jdb          Brian J. Ruppert,    Elizabeth Jordana Ruppert,    376 Somerset Drive,
                 East Stroudsburg, PA 18301-6998

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   Home Point Financial Corporation
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor   Home Point Financial Corporation
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Elizabeth Jordana Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Brian J. Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BRIAN J. RUPPERT, | : | |
| a/k/a BRIAN JOHN RUPPERT, | : | CASE NO. 5:17-00149 |
| a/k/a BRIAN RUPPERT, and | : | |
| ELIZABETH JORDANA RUPPERT, | : | |
| a/k/a ELIZABETH J. RUPPERT, | : | |
| a/k/a ELIZABETH RUPPERT, | : | |
| a/k/a ELIZABETH J. MILLER, | : | |
| a/k/a ELIZABETH MILLER, | : | |
| Debtors | : | |

**ORDER GRANTING**
**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

AND NOW, upon consideration of Debtors' Motion to Modify Chapter 13 Plan After Confirmation, Debtors' Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtors' Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that the amendments in the Third Amended Chapter 13 Plan filed in conjunction with Debtors' Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED.

Dated: October 20, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)