IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **BRIAN J. RUPPERT** and | : | 5:17-bk-00149-JJT |
| **ELIZABETH J. RUPPERT**, | : | Chapter 13 |
| | : | |
| Debtors. | : | |

**OBJECTION TO CONFIRMATION OF PLAN
FILED BY PENN ESTATES PROPERTY OWNERS ASSOCIATION. INC.**

Now comes Penn Estates Property Owners Association, Inc. (the "Association") and objects to confirmation of the above Debtors' 4th Amended Chapter 13 plan, and in support thereof avers:

1. The plan cannot be confirmed since it fails to comply with 11 U.S.C. §1322, 11 U.S.C. §1325(a)(1), 11 U.S.C. §1325(a)(5)(B), L.B.R. 3015-2 and 3015-3, for the reason that the Debtors have failed to properly taken into consideration the Association's secured claim.

2. The Association has a security interest in the amount of $1,415.00 in Debtors' real property in the Penn Estates planned community, Monroe County, PA. Said statutory lien was created pursuant to the Uniform Planned Community Act, 68 Pa.C.S.A. § 5315.

3. Debtors' plan does not address the Association's secured claim.

WHEREFORE, the Plan should be amended to include the full amount of the Association's claim.

YOUNG & HAROS, LLC

/s/ NICHOLAS CHARLES HAROS, ESQ
NICHOLAS CHARLES HAROS, ESQ.
Attorney I.D. No. 76195
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800
nharos@eastpennlaw.com

Attorneys for Penn Estates Property Owners Association, Inc.