```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00149-JJT
Brian J. Ruppert                                                Chapter 13
Elizabeth Jordana Ruppert
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CBoyle              Page 1 of 1              Date Rcvd: Nov 24, 2017
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2017.
4880760        +UHEAA on behalf of American Student Assistance,    100 Cambridge St Suite 1600,
                Boston, MA 02114-2567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Home Point Financial Corporation
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Home Point Financial Corporation
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Nicholas Charles Haros    on behalf of Creditor    Penn Estates Property Owners Association, Inc.
               nharos@eastpennlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Elizabeth Jordana Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Brian J. Ruppert
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-00149-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian J. Ruppert
376 Somerset Drive
East Stroudsburg PA 18301-6998

Elizabeth Jordana Ruppert
376 Somerset Drive
East Stroudsburg PA 18301-6998

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/22/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: UHEAA on behalf of American Student Assistance, 100 Cambridge St Suite 1600, Boston, MA 02116

Name and Address of Transferee:

Educational Credit Management Corp.
PO BOX 16408
St. Paul, MN 55116
Educational Credit Management Corp.
PO BOX 16408
St. Paul, MN 55116

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/26/17

Terrence S. Miller
**CLERK OF THE COURT**