In re:                                                              Case No. 17-00149-JJT
Brian J. Ruppert                                                   Chapter 13
Elizabeth Jordana Ruppert
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CKovach          Page 1 of 1          Date Rcvd: Nov 29, 2017
                             Form ID: nthrgreq       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db/jdb          +Brian J. Ruppert,    Elizabeth Jordana Ruppert,    376 Somerset Drive,
                 East Stroudsburg, PA 18301-6996

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Home Point Financial Corporation
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Home Point Financial Corporation
           ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Nicholas Charles Haros    on behalf of Creditor    Penn Estates Property Owners Association, Inc.
           nharos@eastpennlaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Debtor 2 Elizabeth Jordana Ruppert
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
          Vincent  Rubino    on behalf of Debtor 1 Brian J. Ruppert
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                            TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian J. Ruppert
aka Brian John Ruppert, aka Brian Ruppert
Elizabeth Jordana Ruppert
aka Elizabeth J. Ruppert, aka Elizabeth Ruppert, aka Elizabeth Miller, aka Elizabeth J. Miller
**Debtor(s)**

Chapter: 13

Case number: 5:17−bk−00149−JJT

Document Number: 47, 48

Matter: Objection to Motion to Modify Chapter 13 Plan

Brian J. Ruppert
aka Brian John Ruppert, aka Brian Ruppert
Elizabeth Jordana Ruppert
aka Elizabeth J. Ruppert, aka Elizabeth Ruppert, aka Elizabeth Miller, aka Elizabeth J. Miller
**Movant(s)**

vs.

Penn Estates Property Owners Association, Inc
**Respondent(s)**

| Notice |
| --- |

Notice is hereby given that:

This Bankruptcy Petition was filed on January 17, 2017.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: January 9, 2017** **Time: 09:30 AM** |
| --- | --- |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CKovach, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 29, 2017 |