```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-00149-JJT
Brian J. Ruppert                                                    Chapter 13
Elizabeth Jordana Ruppert
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CKovach              Page 1 of 3              Date Rcvd: Mar 01, 2018
                              Form ID: pdf010            Total Noticed: 91

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db/jdb         +Brian J. Ruppert,    Elizabeth Jordana Ruppert,    376 Somerset Drive,
                 East Stroudsburg, PA 18301-6996
cr              ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
4874180       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  BANK OF AMERICA,    PO BOX 982238,    EL PASO, TX 79998)
4874181        BARCLAYS BANK DE,    PO BOX 8803,    WILMINGTON, DE 19899-8803
4874182       +BARCLAYS BANK DELAWARE,    125 S WEST STREET,    WILMINGTON, DE 19801-5014
4909592       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4874184        CAPITAL ONE BANK,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4874183       +CAPITAL ONE BANK,    PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4874185       +CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4874187       +CHASE,    PO BOX 901003,    FORT WORTH, TX 76101-2003
4874188       +CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4874189       +CHILDREN PLACE/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4874190       +CITI CARDS,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4874192       +CITIBANK,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4874194       +CITIBANK/CHILDRENS PLACE,    C/O NORTHLAND GROUP INC,    PO BOX 390905,
                 MINNEAPOLIS, MN 55439-0905
4874195       +COMENITY BANK/VICTORIAS SECRET,    PO BOX 182273,    COLUMBUS, OH 43218-2273
4874196        COMENITY CAPITAL BANK,    BANKRUPTCY DEPARTMENT,    PO BOX 183043,    COLUMBUS, OH 43218-3043
4874197       +COMENITY CAPITAL/GMSTOP,    PO BOX 182120,    COLUMBUS, OH 43218-2120
4874198       +CREDIT FIRST NA,    6275 EASTLAND RD #5,    BROOKPARK, OH 44142-1399
4905902        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4898009       +Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
4894981        Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
4874201        DUVERA BILLING SERVICES LL,    1959 PALOMAR OAKS WAY,    DBA DUVERA FINANCIAL,
                 CARLSBAD, CA 92011-1314
4994647       +Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116-0408
4994648       +Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116,
                 Educational Credit Management Corp.,    PO BOX 16408,    St. Paul, MN 55116-0408
4874202        FIRESTONE,    PO BOX 81307,    BK 14,    CLEVELAND, OH 44181-0307
4874203       +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4874204       +GOODYEAR TIRE/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4874205       +GREAT LAKES HIGHER EDUCATION,    PO BOX 7860,    MADISON, WI 53707-7860
4874206       +HOME POINT FINANCIAL,    9 ENTIN ROAD SUITE 200,    PARSIPPANY, NJ 07054-5000
4874208       +HOME POINT FINANCIAL,    NMLS 7706 9 ENTIN RD ST,    PARSIPPANY, NJ 07054-5000
4874207        HOME POINT FINANCIAL,    425 PHILLIPS BLVD,    CENLAR,    EWING, NJ 08618-1430
4918687       +Home Point Financial Corporation,    c/o Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
4874214       +MACYS,    PO BOX 8218,    MASON, OH 45040-8218
4874215        MID-AMERICA BANK & TRUST,    216 W 2ND ST,    DIXON, MO 65459-8048
4883564       +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
4874221       +PENN ESTATES POA,    304 CRICKET DRIVE,    EAST STROUDSBURG, PA 18301-8996
4980471       +Penn Estates Property Owners Association,    c/o Young & Haros, LLC,    802 Main Street,
                 Stroudsburg, PA 18360-1602
4874225       +SEARS/CBNA,    PO BOX 6189,    SIOUX FALLS, SD 57117-6189
4874237       +TD BANK USA/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4874239       +TD BANK/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4874240       +THD/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4880760       +UHEAA on behalf of American Student Assistance,    100 Cambridge St Suite 1600,
                 Boston, MA 02114-2567
4874242       +UHEAA/UTAH SBR,    60 S 400 W,    SALT LAKE CITY, UT 84101-1284
4874243       +US DEPT OF ED,    2505 S FINLEY RD STE 100,    LOMBARD, IL 60148-4867
4884412        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
4874244       #VERIZON WIRELESS/SOUTHEAST,    PO BOX 26055,    MINNEAPOLIS, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4881325         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2018 18:56:40
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
4894851         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2018 18:56:28
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
4874186        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2018 18:56:39     CBNA/CITIBANK,
                 C/O PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
4874193        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2018 19:13:08     CITIBANK,
                 C/O PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD STE 100,    NORFOLK, VA 23502-4952
4874191        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2018 18:52:34     CITIBANK,   C/O MIDLAND FUNDING,
                 2365 NORTHSIDE DR STE 30,    SAN DIEGO, CA 92108-2709
4874199         E-mail/PDF: creditonebknotifications@resurgent.com Mar 01 2018 18:56:33     CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
4917363        +E-mail/Text: bankruptcy@cavps.com Mar 01 2018 18:52:41     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
4874200        E-mail/Text: mrdiscen@discover.com Mar 01 2018 18:52:24     DISCOVER FINANCIAL SERVICES,
               PO BOX 15316,    WILMINGTON, DE 19850
4875539        E-mail/Text: mrdiscen@discover.com Mar 01 2018 18:52:24     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4874209       +E-mail/Text: bankruptcy@cavps.com Mar 01 2018 18:52:41     HSBC BANK NEVADA,
               C/O CAVALRY PORTFOLIO SERVICE,    500 SUMMIT LAKE DR,    VALHALLA, NY 10595-1340
4874210        E-mail/Text: cio.bncmail@irs.gov Mar 01 2018 18:52:26     IRS,   CENTRALIZED INSOLVENCY OP,
               PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4905287        E-mail/Text: bk.notifications@jpmchase.com Mar 01 2018 18:52:29     JPMorgan Chase Bank N.A.,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4874211       +E-mail/Text: BKRMailOPS@weltman.com Mar 01 2018 18:52:29     KAY JEWELERS,   375 GHENT ROAD,
               FAIRLAWN, OH 44333-4600
4874213       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2018 18:52:25     KOHLS/CAPITAL ONE,
               N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-5660
4874212        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 01 2018 18:52:25     KOHLS/CAPITAL ONE,
               PO BOX 3115,    MILWAUKEE, WI 53201-3115
4903161        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2018 18:56:28
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4874216       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2018 18:52:34     MIDLAND FUNDING,
               8875 AERO DRIVE,    SUITE 200,    SAN DIEGO, CA 92123-2255
4909504       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 01 2018 18:52:34     Midland Funding, LLC,
               Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
               WARREN, MI 48090-2011
4874217       +E-mail/PDF: pa_dc_claims@navient.com Mar 01 2018 18:56:40     NAVIENT,   PO BOX 9500,
               WILKES BARRE, PA 18773-9500
4874218       +E-mail/PDF: cbp@onemainfinancial.com Mar 01 2018 18:56:38     ONE MAIN FINANCIAL,
               BANKRUPTCY DEPT,    PO BOX 140489,    IRVING, TX 75014-0489
4874220       +E-mail/PDF: cbp@onemainfinancial.com Mar 01 2018 18:56:39     ONE MAIN FINANCIAL,   PO BOX 499,
               HANOVER, MD 21076-0499
4874219        E-mail/PDF: cbp@onemainfinancial.com Mar 01 2018 18:56:27     ONE MAIN FINANCIAL,   PO BOX 1010,
               EVANSVILLE, IN 47706-1010
4878388       +E-mail/PDF: cbp@onemainfinancial.com Mar 01 2018 18:56:27     ONEMAIN,   605 MUNN ROAD EAST,
               Fort Mill SC 29715-8421
4874222       +E-mail/Text: Bankruptcies@nragroup.com Mar 01 2018 18:52:54     POCONO MEDICAL CENTER,
               C/O NATIONAL RECOVERY AGENCY,    2491 PAXTON ST,    HARRISBURG, PA 17111-1036
4925981        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2018 18:56:33
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4876969        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 01 2018 18:52:31
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
4920532       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 01 2018 18:52:41     Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4874223       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 01 2018 18:56:39     REGIONAL ACCEPTANCE CORP,
               621 W NEWPORT PIKE,    WILMINGTON, DE 19804-3235
4874224       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 01 2018 18:56:39     REGIONAL ACCEPTANCE CORP,
               1424 E FIRE TOWER ROAD,    GREENVILLE, NC 27858-4105
4876420        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 01 2018 18:56:39     Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
4874226       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 01 2018 18:52:47     SPRINT,
               C/O DIVERSIFIED CONSULTANTS,    10550 DEERWOOD PARK BLVD 209,    JACKSONVILLE, FL 32256-0596
4874227       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:32     SYNCB/CARE CREDIT,
               PO BOX 965036,    ORLANDO, FL 32896-5036
4874228       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:27     SYNCB/GAP,   PO BOX 965005,
               ORLANDO, FL 32896-5005
4874229       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:32     SYNCB/LORD & TAYLOR,
               PO BOX 965015,    ORLANDO, FL 32896-5015
4874230       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:27     SYNCB/LOWES,   PO BOX 965005,
               ORLANDO, FL 32896-5005
4874231       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2018 18:56:33     SYNCB/LOWES,
               C/O PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,    NORFOLK, VA 23502-4952
4874232        E-mail/Text: paparalegals@pandf.us Mar 01 2018 18:52:53     SYNCHRONY BANK,
               C/O PATENAUDE & FELIX APC,    501 CORPORATE DR SOUTHPOINTE CTR,    CANONSBURG, PA 15317
4874233       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:38     SYNCHRONY BANK FKA GE CAP RETAIL,
               4125 WINDWARD PLAZA DR,    ALPHARETTA, GA 30005-8738
4874234       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:39     SYNCHRONY BANK/CARE CREDIT,
               950 FORRER BLVD,    KETTERING, OH 45420-1469
4874235       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:32     SYNCHRONY BANK/JC PENNEY,
               PO BOX 965007,    ORLANDO, FL 32896-5007
4874236       +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 18:56:39     SYNCHRONY BANK/WALMART,
               PO BOX 965024,    ORLANDO, FL 32896-5024
4904705       +E-mail/Text: bncmail@w-legal.com Mar 01 2018 18:52:40     TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4874238       +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 01 2018 18:52:21     TD BANK/TARGET,
               C/O ALLIANCEONE,    4850 STREET ROAD SUITE 300,    TREVOSE, PA 19053-6643
4874241       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 01 2018 18:52:47     TMOBILE,
               C/O DIVERSIFIED CONSULTANTS,    PO BOX 551268,    JACKSONVILLE, FL 32255-1268
                                                                                              TOTAL: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4921559          PPL Electric Utilities, Customer Services, 827 Hau
cr*             +Penn Estates Property Owners Association, Inc.,   c/o Young & Haros, LLC,   802 Main Street,
                  Stroudsburg, PA 18360-1602
                                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Home Point Financial Corporation
             ecfmail@mwc-law.com
          Celine P DerKrikorian     on behalf of Creditor    Home Point Financial Corporation
             ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Brian J. Ruppert jchristman@newmanwilliams.com,
             mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          J. Zac Christman    on behalf of Debtor 2 Elizabeth Jordana Ruppert jchristman@newmanwilliams.com,
             mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
          James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Nicholas Charles Haros     on behalf of Creditor    Penn Estates Property Owners Association, Inc.
             nharos@eastpennlaw.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino     on behalf of Debtor 1 Brian J. Ruppert
             epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
             williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
          Vincent  Rubino     on behalf of Debtor 2 Elizabeth Jordana Ruppert
             epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
             williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                                 TOTAL: 10
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Brian J Ruppert** aka Brian John Ruppert aka Brian Ruppert **Elizabeth Jordana Ruppert** aka Elizabeth J Ruppert aka Elizabeth Ruppert aka Elizabeth J Miller aka Elizabeth Miller | Chapter: 13 |
| Debtor(s) | Case No.: 5-17-bk-00149-JJT |

## ORDER DISMISSING CASE

A Motion to Dismiss the above-named case having been filed by Debtor(s), it is

ORDERED that the above-named case be and it hereby is dismissed.

Dated: February 28, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)

Case 5:17-bk-00149-JJT   Doc 61   Filed 03/03/18   Entered 03/04/18 00:50:07   Desc
Imaged Certificate of Notice   Page 4 of 4